

# United States District Court
# Eastern District of California

| Grant Napear | | Case Number: | 2:21-cv-01956-KJM-DB |

Plaintiff(s)

V.

| Bonneville International Corporation |

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Defendant(s)

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, __David J. Jordan__ hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties: __Bonneville International Corporation__

On __12/07/79__ (date), I was admitted to practice and presently in good standing in the __U.S. District Court, District of Utah__ (court). A certificate of good standing from that court is submitted in conjunction with this application. I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[ ] I have  [x] I have not concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: __November 5, 2021__     Signature of Applicant: /s/ __David J. Jordan__

**Pro Hac Vice Attorney**

| | |
|---|---|
| Applicant's Name: | David J. Jordan |
| Law Firm Name: | Stoel Rives LLP |
| Address: | 201 S. Main Street, #1100 |
| City: | Salt Lake City     State: Utah     Zip: 84111 |
| Phone Number w/Area Code: | (801) 328-3131 |
| City and State of Residence: | Bountiful, Utah |
| Primary E-mail Address: | david.jordan@stoel.com |
| Secondary E-mail Address: | |

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

| | |
|---|---|
| Local Counsel's Name: | Bryan L. Hawkins |
| Law Firm Name: | Stoel Rives LLP |
| Address: | 500 Capitol Mall, Suite 1600 |
| City: | Sacramento     State: CA     Zip: 95814 |
| Phone Number w/Area Code: | (916) 319-4648     Bar # 238346 |

## **ORDER**

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: November 15, 2021

*[Signature]*
CHIEF UNITED STATES DISTRICT JUDGE

AO 136

# CERTIFICATE OF GOOD STANDING

## UNITED STATES DISTRICT COURT

District of Utah

I, D. Mark Jones, Clerk of the United States District Court, District of Utah, certify that

## David J. Jordan

Bar # 1751, was duly admitted to practice in this Court on 12/07/1979, and is in good standing as a member of the bar of this Court.

D. Mark Jones

*Clerk*

Dated at Salt Lake City, Utah
on November 4, 2021



_____
(By) Deputy Clerk