# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GRANT NAPEAR ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **2:21–CV–01956–DAD–SCR** |
| **BONNEVILLE INTERNATIONAL CORPORATION ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 3/31/2025 .**

ENTERED:  **March 31, 2025**          /s/  **Keith Holland**
                                                       Clerk of Court